**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

CHARLES L. NEELY                                                                              PLAINTIFF

v.                        No. 1:11CV00090 JLH/JTR

INDEPENDENCE COUNTY JAIL, *et al.*                              DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 16th day of November, 2011.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE